# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAIRA RAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>TOTAL RECOVERY SOLUTIONS, LLC, *et al.*,<br><br>    Defendants. | 1:12-cv-00220 LJO GSA<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO SERVE SUMMONS AND COMPLAINT** |

      On February 15, 2012, Plaintiff Jahaira Ramos filed a complaint against Defendants Total Recovery Solutions and Does 1 through 10, alleging violations of the Fair Debt Collection Practices Act. (Doc. 1.) This Court issued a summons on February 15, 2012. (Doc. 3.)

      An Initial Scheduling Conference originally set for May 22, 2012, was continued to July 2, 2012, by the Court. (*See* Docs. 4 & 5.)

      It has come to the Court's attention that, to date, Plaintiff has filed no documents to show proof of service of the summons and complaint on any Defendant to establish she has complied with Rule 4(*l*) and (m) of the Federal Rules of Civil Procedure, nor have any of the Defendants appeared in this action.

1

**DISCUSSION**

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

As of today's date, 131 days have elapsed since Plaintiff filed the complaint in this matter. Thus, this Court ORDERS Plaintiff, **no later than July 2, 2012**, to show cause in writing why she has failed to: (1) file documents to show proof of service of the summons and complaint on Defendants to comply with Rule 4(*l*) of the Federal Rules of Civil Procedure; and (2) accomplish service of the summons and complaint on Defendants within 120 days of filing the complaint to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

**Plaintiff is admonished that this Court will recommend dismissal of this action if Plaintiff fails to comply with this Order and to show good cause for her failure to accomplish service of the summons and complaint.**

Finally, the Initial Scheduling Conference set for July 2, 2012, is hereby VACATED. The Court SETS a Status Conference for **August 1, 2012, at 10:00 a.m., in Courtroom 10** before the undersigned.

IT IS SO ORDERED.

Dated:   June 25, 2012             /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE