# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAIRA RAMOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOTAL RECOVERY SOLUTIONS, LLC, *et al.*,<br><br>　　　　Defendants. | 1:12-cv-00220 LJO GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

　　　　On February 15, 2012, Plaintiff Jahaira Ramos filed a complaint against Defendants Total Recovery Solutions and Does 1 through 10, alleging violations of the Fair Debt Collection Practices Act. (Doc. 1.) On June 25, 2012, this Court issued an Order to Show Cause regarding Plaintiff's failure to serve Defendants with the summons and complaint. (Doc. 6.)

　　　　On July 2, 2012, counsel for Plaintiff filed a Declaration in response to the Order to Show Cause. Counsel explains that while it is the practice of his firm to calendar and observe all court-related deadlines, this matter was not properly calendared prior to the departure of counsel's legal assistant. As a result, the deadline was missed and counsel first learned of the expiration of the 120-day period upon receipt of the Court's June 25th order. (*See* Doc. 8.)

1

1    Based on the foregoing, Plaintiff has established good cause for her failure to comply
2  with Rule 4 of the Federal Rules of Civil Procedure.  Accordingly, the Order to Show Cause is
3  hereby DISCHARGED.
4    Finally, the Status Conference currently scheduled for August 1, 2012, is CONVERTED
5  to an Initial Scheduling Conference and CONTINUED to **September 4, 2012, at 10:00 a.m.,** in
6  Courtroom 10 before the undersigned.  A joint scheduling report must be filed no later than one
7  week prior to that date.

9    IT IS SO ORDERED.
10    Dated:   **July 3, 2012**                               **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2