UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAIRA RAMOS,<br><br>    Plaintiff,<br>vs.<br><br>TOTAL RECOVERY SOLUTIONS, LLC.<br><br>    Defendant.<br>_____/ | CASE NO. CV F 12-220 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

   The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 1, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

   This Court VACATES all pending dates and matters.

   Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   August 22, 2012**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE