1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   JAHAIRA RAMOS

6
                    **UNITED STATES DISTRICT COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8  JAHAIRA RAMOS,

9           Plaintiff,                    **Case No.: 12-CV-00220-LJO-GSA**

10     vs.                                **ORDER OF DISMISSAL WITH PREJUDICE**

11
   TOTAL RECOVERY SOLUTIONS,
12 LLC; DOES 1 – 10, inclusive,

13          Defendants.

14
        PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of
15
   Plaintiff JAHAIRA RAMOS against Defendant TOTAL RECOVERY
16
   SOLUTIONS, LLP are dismissed, with prejudice.  Plaintiff JAHAIRA RAMOS
17
   and Defendant TOTAL RECOVERY SOLUTIONS, LLC shall each bear their
18
   own costs and attorneys' fees.
19

20

21

22

23

24 IT IS SO ORDERED.

25
       Dated:   **October 2, 2012**          **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE