G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JAHAIRA RAMOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAIRA RAMOS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>TOTAL RECOVERY SOLUTIONS, LLC; DOES 1 – 10, inclusive,<br><br>　　　　　Defendants. | **Case No.: 12-CV-00220-LJO-GSA**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JAHAIRA RAMOS against Defendant TOTAL RECOVERY SOLUTIONS, LLP are dismissed, with prejudice.  Plaintiff JAHAIRA RAMOS and Defendant TOTAL RECOVERY SOLUTIONS, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

　　Dated:   **October 2, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE